COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



KELLY GUY HERRING,


 Appellant,


v.


LPP MORTGAGE, LTD.,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00195-CV



Appeal from the


109th District Court


of Andrews County, Texas


(TC#17,340)


MEMORANDUM OPINION


 Pending before the Court is Appellant's motion to dismiss the appeal pursuant to
Tex.R.App.P. 42.1(a)(1). Appellant has complied with the requirements of Tex.R.App.P. 42.1(a)(1).
Having considered the motion, we conclude it should be granted, because no party will be denied
relief to which it would otherwise be entitled. Therefore, we grant Appellant's motion to dismiss
and do so with prejudice. In accordance with the parties' agreement, costs are taxed against the party
incurring same. See Tex.R.App.P. 42.1(d).


 GUADALUPE RIVERA, Justice


March 19, 2009


Before Chew, C.J., McClure, and Rivera, JJ.